| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Murphy, Michael R | 2. Court or Organization<br><br>U.S.C.A., 10th Circuit | 3. Date of Report<br><br>8/9/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge, active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,   Date<br><br>◯ Initial   ◉ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Bennett Federal Bldg., Rm.5438<br>125 South State Street<br>Salt Lake City, UT 84138-1181 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   See VIII | Utah Judicial Retirement |

RECEIVED FINANCIAL DISCLOSURE
Aug 10
10 AM 09

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Utah Bar Association Annual Convention, Sun Valley, Idaho | Speaker at the convention. July 16-17, 2003. Reimbursed for hotel and mileage. |
| 2. | American Bar Association Annual Meeting, San Francisco, CA | Participant at the annual meeting. August 10-11, 2003. Reimbursed for air fare, lodging, meals, and taxi. |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R | 3/9/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wells Fargo IRA Acct. No. 2 | A | Interest | K | T | | | | | |
| 2. - WF Money Market FD | A | Dividend | J | T | | | | | |
| 3. - Ford Motor Credit Co. Notes | A | Interest | K | T | | | | | |
| 4. CREF (U. of U.) | A | Dividend | K | T | | | | | |
| 5. CREF (Rowland) | A | Dividend | K | T | | | | | |
| 6. Wells Fargo NA Checking Acct | A | Interest | J | T | | | | | |
| 7. Wells Fargo IRA Account | | | | | IRA Distrib. | 4/28 | K | | |
| 8. Wells Fargo IRA Account | | | | | IRA Distrib. | 9/8 | J | | |
| 9. Wells Fargo IRA Account | | | | | IRA Distrib. | 12/9 | K | | |
| 10. Wells Fargo Equity Val. #642 (mutual fund) to Fund #485 | A | Dividend | | | Merger | 6/9 | L | | |
| 11. Wells Fargo Equity Income Fund #485 from Fund #642 | A | Dividend | | | Merger | 6/9 | L | | |
| 12. Wells Fargo Equity Income Fund #485 | | | | | Sold | 10/6 | L | A | |
| 13. Wells Fargo Money Mkt #645 | A | Interest | | | | | | | |
| 14. Amgen Inc. (Com) | | | J | T | Sold | 10/8 | K | E | |
| 15. Bear Stearns Cos. Inc. (Com) | A | Dividend | | | Sold | 10/8 | K | E | |
| 16. Bellsouth Corp. (Com) | A | Dividend | | | Sold | 10/8 | J | C | |
| 17. DaimlerChrysler Corp. (Com) | A | Dividend | | | Sold | 10/8 | J | C | |
| 18. Dell, Inc. (Com) (formerly known as Dell Computer Corp.) | | | | | Partial Sell | 10/8 | J | D | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | | | | | Partial Sell | 12/15 | J | D | |
| 20. Bank One Corp. (Com) | A | Dividend | | | Sold | 10/8 | J | D | |
| 21. Ford Motor Co. Del. (Com) | A | Dividend | | | Sold | 10/8 | J | A | |
| 22. Heinz H.J. Co. (Com) | A | Dividend | | | Sold | 10/8 | J | B | |
| 23. Johnson & Johnson (Com) | A | Dividend | | | Sold | 10/8 | K | E | |
| 24. Lockheed Martin Corp. (Com) | A | Dividend | | | Sold | 10/8 | K | E | |
| 25. Bank of America Corp. (Com) | A | Dividend | | | Sold | 10/8 | K | E | |
| 26. Wells Fargo & Co. (Com) | A | Dividend | | | Sold | 10/8 | K | E | |
| 27. Pepsico Inc. (Com) | A | Dividend | | | Sold | 10/8 | K | D | |
| 28. Royal Dutch Pete Co. NY Registry Sh Par N Glder 5 (Com) | A | Dividend | | | Sold | 10/8 | K | D | |
| 29. Safeco Corp. (Com) | A | Dividend | | | Sold | 10/8 | J | D | |
| 30. Texas Instruments Inc. (Com) | A | Dividend | | | Sold | 10/8 | K | E | |
| 31. St. Paul Companies (Com) | A | Dividend | | | Sold | 10/8 | J | A | |
| 32. Washington Mutual (Com) | A | Dividend | | | Partial Sell | 10/8 | J | D | |
| 33. | | | | | Partial Sell | 12/15 | J | D | |
| 34. ALCOA Inc. (Com) | A | Dividend | | | Sold | 10/8 | K | B | |
| 35. Boeing (Com) | A | Dividend | | | Sold | 10/8 | J | A | |
| 36. Du Pont E I deNemours & Co. (Com) | A | Dividend | | | Sold | 10/8 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br><br>Amount<br>Code 1<br>(A -H) | (2)<br><br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. U. S. Treas. Note dtd 2/15/2002 due 2/15/2012 | B | Interest | K | T | | | | | |
| 38. U.S. Treas. Note dtd 3/2/98 due 2/28/03 | A | Interest | | | Matured | 2/28 | K | A | |
| 39. Unionbancal Fin. Tr.(Prf) | B | Dividend | | | | | | | ≅ ≏ |
| 40. Exxon Mobil Corp. (Com) | A | Dividend | | | Sold | 10/8 | K | D | |
| 41. Wells Fargo Large Co. Grwth Fd #87 | | | | | Sold | 10/6 | L | A | |
| 42. General Elec Co. (Com) | A | Dividend | | | Sold | 10/8 | J | A | |
| 43. Intel Corp. (Com) | A | Dividend | J | T | | | | | |
| 44. Lowes Cos. Inc. | A | Dividend | J | T | | | | | |
| 45. Medtronic. Inc. | A | Dividend | | | Sold | 10/8 | J | A | |
| 46. Del Monte Foods | | | | | Sold | 10/8 | J | A | |
| 47. Union Pacific Securities Litigation Class Action Proceeds | A | Dividend | | | | | | | |
| 48. AMEX Energy Select SPDR | | | J | T | Buy | 10/8 | J | | |
| 49. AMEX Financial Select SPDR | | | L | T | Buy | 10/8 | L | | |
| 50. AMEX Technology Select SPDR | | | L | T | Buy | 10/8 | L | | |
| 51. Consumer Discretionary Select Sector | | | K | T | Buy | 10/8 | K | | |
| 52. Health Care Select Sector SPDR Fund | | | K | T | Buy | 10/8 | K | | |
| 53. Industrial Select Sect SPDR | | | L | T | Buy | 10/8 | K | | |
| 54. I Shares Inc. MSCI Pacific Ex-Japan | | | K | T | Buy | 10/8 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R | 8/9/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. I Shares MSCI Japan | | | K | T | Buy | 10/8 | K | | |
| 56. I Shares NASDAQ Biotech Index | | | K | T | Buy | 10/8 | K | | |
| 57. | | | K | T | Buy | 12/15 | J | | |
| 58. I Shares Russell 2000 Growth | A | Dividend | K | T | Buy | 10/8 | K | | |
| 59. I Shares Russell 2000 Value Index FD | A | Dividend | K | T | Buy | 10/8 | K | | |
| 60. I Shares S&P Europe 350 | | | K | T | Buy | 10/8 | K | | |
| 61. I Shares S&P Latin America 40 | | | K | T | Buy | 10/8 | K | | |
| 62. I Shares TR Russell Midcap Growth | A | Dividend | L | T | Buy | 10/8 | L | | |
| 63. Materials Select Sector SPDR | | | K | T | Buy | 10/8 | K | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000  ● = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Murphy, Michael R | 8/9/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report)

Part II. Agreements

Line 1: As of the date of my resignation from the Third District Court, State of Utah, in October 1995, I had accumulated nine years in the state judicial retirement plan which will not begin to pay benefits until I reach the age of 70 in 2017. The plan is an annuity type plan.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Murphy, Michael R | 8/9/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date    8/9/0 4

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544